Ira S. Dizengoff (ID-9980)
Kenneth A. Davis (KD-9070)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Charles R. Gibbs (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)

Proposed Attorneys for the Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                          :
In re:                                                    :     Chapter 11
                                                          :
PETRORIG I PTE LTD, *et al.*,                             :     Case No. 09-13083 (JMP)
                                                          :
                              Debtors.                    :     (Jointly Administered)
---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the final hearing to consider the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Post-Petition Secured Superpriority Financing Pursuant to 11 U.S.C. Sections 105(a), 362, 364(c)(1), 364 (c)(2), 364 (c)(3), 364(d) and 507, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361, 363 and 364, and (III) Scheduling a Final*

*Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c)* (Docket No. 10), originally scheduled for **June 9, 2009** at 10:00 a.m., has been adjourned *sine die*.

Dated: New York, New York
       June 5, 2009

                                        Respectfully submitted,

                                        AKIN GUMP STRAUSS HAUER & FELD LLP

                                        <u>/s/ Kenneth A. Davis</u>
                                        Ira S. Dizengoff (ID-9980)
                                        Kenneth A. Davis (KD-9070)
                                        One Bryant Park
                                        New York, NY 10036
                                        (212) 872-1000 (Telephone)
                                        (212) 872-1002 (Facsimile)

                                        Charles R. Gibbs (*pro hac vice*)
                                        AKIN GUMP STRAUSS HAUER & FELD LLP
                                        1700 Pacific Avenue
                                        Suite 4100
                                        Dallas, TX 75201
                                        (214) 969-2800 (Telephone)
                                        (214) 969-4343 (Facsimile)

                                        *Proposed Attorneys for the Debtors and Debtors in Possession*