# United States Bankruptcy Court

## Southern District of New York

In re PetroRig I Pte Ltd, et al., Case No. 09-13083

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Jefferies Leveraged Credit Products, LLC | Aqua-Terra Oilfield Equipment |
| Name of Transferee | & Services Pte Ltd |
| | Name of Transferor |

Name and Address where notices to transferee should be sent:

| | |
|---|---|
| Jefferies Leveraged Credit Products, LLC | Aqua-Terra Oilfield Equipment |
| One Station Place | & Services Pte Ltd |
| Three North | 19 Jurong Port Road |
| Stamford, Connecticut  06902 | Singapore, 619093 |

| | |
|---|---|
| Phone: (203) 363-8251 | Court Claim # (if known): 15 |
| Last Four Digits of Acct #: | Amount of Claim: $26,252.02 |
| | Date Claim Filed: 6/19/2009 |

**Name and address where transferee payments should be sent (if different from above):**

Jefferies & Co., Inc.
Harborside Financial Center
34 Exchange Place
Plaza III – Suite 705
Jersey City, NJ  07311
Attention Anna LoPiccolo

| | |
|---|---|
| Phone: (201) 761-7656 | Phone: |
| Last Four Digits of Acct #: | Last Four Digits of Acct #: |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Mike Richards                                     Date: 9/13/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Aqua-Terra Oilfield Equipment & Services Pte. Ltd.("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to Jefferies Leveraged Credit Products, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $26,252.02 against PETRORIG I PTE LTD, et al. (the "Debtor"), Chapter 11 Case No. 09-13083 United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ℓ DAY OF Sep 2011.

BY: Aqua-Terra Oilfield Equipment & Services Pte. Ltd.
NAME: _TanTanBuen_
TITLE: DIRECTOR .

BY: JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
NAME: _____
TITLE: _____