Form 210A (10/06)

# United States Bankruptcy Court
## Southern District of New York

**In re:** PetroRig 1 Pte Ltd,,

**Case No.** 09-13083, (Jointly Administed Under Case No 09-13083-jmp)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee:**
Fair Harbor Capital, LLC
As assignee of Jason Electronics (Pte) Ltd

**Name of Transferor:**
Jason Electronics (Pte) Ltd

Name and Address where notices to transferee should be sent:

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Court Claim # (if known): 57
Amount of Claim: $6,385.98
Date Claim Filed:

Name and Address of Transferor:

Jason Electronics (Pte) Ltd
Blk.194 Pandan Loop
#06-05 Pantech Industrial
Complex
SINGAPORE 128383

Phone: ___212 967 4035___
Last Four Digits of Acct #: ___n/a___

Phone:
Last Four Digits of Acct. #: ___n/a___

Name and Address where transferee payments should be sent (if different from above):

Phone: ___n/a___
Last Four Digits of Acct #: ___n/a___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/Fredric Glass___     Date: ___October 13, 2011___
Transferee/Transferee's Agent
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## United States Bankruptcy Court
## Southern District of New York

In re:        PetroRig 1 Pte Ltd,,

Case No.      09-13083, (Jointly Administed Under Case No 09-13083-jmp)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

### Claim No.  57 (if known)

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of
the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of
this court on October 13, 2011.

Name of Transferee:

Fair Harbor Capital, LLC

As assignee of Jason Electronics (Pte) Ltd

Name of Alleged Transferor:

Jason Electronics (Pte) Ltd

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Name and Address of Alleged
Transferor:

Jason Electronics (Pte) Ltd
Blk 194 Pandan Loop
#06-05 Pantech Industrial
Complex
, SINGAPORE 128383

---

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been
filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty
(20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted
as the original claimant without further order of the court.

Date:

Clerk of the Court

United States Bankruptcy Court, Southern District of New York

------------------------------------------------------------X

PetroRig I Pte Ltd, et al.                         :        Case No. 09-13083-jmp

                    Debtor.                        :        Amount: ...........

------------------------------------------------------------X

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE

Bankruptcy Rule 3000(e)

PLEASE TAKE NOTICE that the scheduled claim of Jason Electronics (Pte) Ltd ("Transferor") against the Debtor(s) in the amount of $6,552.45, as listed within Schedule F of the Schedule of Assets and Liabilities filed by the Debtor(s), and all claims (including without limitation the Proof of Claim, if any, identified below and Transferor's rights to receive all interest, penalties, cure payments that it may be entitled to receive on account of the assumption of any executory contract or lease related to the Claim and fees, if any, which may be paid with respect to the Claim and all other claims, causes of action against the Debtor, its affiliates, any guarantor or other third party, together with voting and other rights and benefits arising from, under or relating to any of the foregoing, and all cash, securities, instruments and other property which may be paid or issued by Debtor in satisfaction of the Claim) of Transferor have been transferred and assigned other than for security to Fair Harbor Capital, LLC ("Transferee") in consideration of the sum            . The signature of the Transferee on this TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE is evidence of the Transfer of the claims and all rights and benefits of Transferor relating to the Claim. The Claim is based on amounts owed to Transferor by Debtor and this transfer shall be deemed an absolute and unconditional transfer of the Claim for the purpose of collection and shall not be deemed to create a security interest. Please note that Fair Harbor Capital, LLC is not obligated to file any application, motion, Proof of Claim or other document with the Bankruptcy Court with regard to your claim.

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to the Transferee upon terms as set forth in cover letter received. I represent and warrant that the claim is not less than $6,552.45 and has not been previously objected to, sold, or satisfied. Upon notification by Transferee, I agree to reimburse Transferee a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party and Transferor represents and warrants that there are no offsets or defenses or preferential payments that have been or may be asserted by or on behalf of Debtor or any other party to reduce the amount of the Claim or to impair its value. If Transferor fails to negotiate the distribution check on or before ninety (90) days after issuance of such check, then Transferee shall void the distribution check, the amount of cash attributable to such check shall be deposited in Transferee's bank account, and Transferee shall be automatically deemed to have waived its Claim.

A Proof of Claim Has/Has not (strike one) in the amount of $6,552.45_ been duly and timely filed in the Proceedings (and a true copy of such Proof of Claim is attached to this Assignment). If the Proof of Claim amount differs from the Claim amount set forth above, Transferee shall nevertheless be deemed the owner of that Proof of Claim subject to the terms of this Agreement and shall be entitled to identify itself as owner of such Proof of Claim on the records of the Court.

In the event the Claim is ultimately allowed in an amount in excess of the amount purchased herein, Transferor is hereby deemed to sell to Transferee, and, at Transferee's option only, Transferee hereby agrees to purchase, the balance of said Claim at the same percentage of claim paid herein not to exceed twice the Claim amount specified above. Transferee shall remit such payment to Transferor upon Transferee's satisfaction that the Claim has been allowed in the higher amount and is not subject to any objection by the Debtor.

I, the undersigned Transferor hereby authorize Transferee to file a notice of transfer pursuant to Rule 3001 (e) of the Federal Rules of Bankruptcy Procedure ("FRBP"), with respect to the Claim, while Transferee performs its due diligence on the Claim. Transferee, at its sole option, may subsequently transfer the Claim back to Transferor if due diligence is not satisfactory, in Transferee's sole and absolute discretion pursuant to Rule 3001 (e) of the FRBP. In the event Transferee transfers the Claim back to Transferor or withdraws the transfer, at such time both Transferor and Transferee release each other of all and any obligation or liability regarding this Assignment of Claim. Transferor hereby acknowledges and consents to all of the terms set forth in this Transfer of Claim and hereby waives (i) its right to raise any objection hereto, and (ii) its right to receive notice pursuant to Rule 3001 (e) of the FRBP. Transferor hereby acknowledges that Transferee may at any time reassign the Claim, together with all right, title and interest of Transferee in and to this Transfer of Claim. All representation and warranties made herein shall survive the execution and delivery of this Transfer of Claim and any such re-assignment.

Other than stated above, Trans bree assumes all risks associated with debtor's ability to distribute funds. Transferor agrees to deliver to Fair Harbor Capital, LLC any correspondence or payments received subsequent to the date Transferee signs this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

This Transfer of Claim shall be governed by and construed in accordance with the laws of the State of New York. Any action arising under or relating to this Assignment of Claim may be brought in any State or Federal court located in the State of New York, and Transferor consents to and confers personal jurisdiction over Transferor by such court or courts and agrees that service of process may be upon Transferor by mailing a copy of said process to Transferor at the address set forth in this Assignment of Claim, and in any action hereunder Transferor waives the right to demand a trial by jury. Transferor acknowledges that, in the event that the Debtor's bankruptcy case is dismissed or converted to a case under Chapter 7 of the Bankruptcy Code and Transferee has paid for the Claim, Transferor shall immediately remit to Transferee all monies paid by Transferee in regard to the Claim and ownership of the Claim shall revert back to Transferor.

TRANSFEROR:                                                TRANSFEREE:

Jason Electronics (Pte) Ltd                                Fair Harbor Capital, LLC

Blk 194 Pandan Loop  06-05 Pantech Business Hub            1841 Broadway, 10th Fl, NY, NY 10023

128383 Singapore

Print Name: TAN LIAN HUAT Title: DIRECTOR                 Signature:

Signature: _____  Date: 7 OCT 2011             Fred Glass, Member Fair Harbor Capital, LLC

Updated Address (If Changed): _____
Phone: +

PetroRig I - Allowed General Unsecured Claims

| Claim No. | Date | Creditor | Address / Telephone | Currency | Original Filed Amount (filed Currency Amount) | Original Filed Amount (USD Amount) | Current Claim Amount (USD Amount - based on 2nd Debt) | Type | Disposition | Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 2/7/2009 | Amron Electronics (Pte) Ltd | Blk 1D4 Pandan Loop, #05-05, Pantech Business Hub, Singapore 128383 | USD | 5,522.45 | 5,522.45 | 5,522.99 | Unsecured | Surviving; Recalculated | Goods sold |
| 58 | 8/14/2009 | Atech Marine & Offshore Pte Ltd | 10 Anson Road, #19-18, International Plaza, Singapore 079903, P: 6539004705 | SGD | 53,700.00 | 36,483.79 | 36,483.79 | Unsecured | Recalculated | Goods sold |
| 63 | 8/18/2009 | Swiber Ocean Towage BV | Attn: Hans van der Donck, Jupiterstraat 33, 2132 HF Hoofddorp, Netherlands; c/o Winter Scott Solicitors, Attn: Kenneth Scott, Sophia Jane Hunt, St. Olave's House, Ironmonger Lane, London EC2V 8EY | USD | 3,306,500.00 | 3,306,500.00 | 1,100,000.00 | Unsecured | Surviving; ASSUMING $2.2m (settlement) divided b/w I and II) | Obligations under towage agreement |
| 66 | 8/19/2009 | SDV Logistics (Singapore) Pte Ltd | DeOrchis & Partners, Attn: Olivier D. L. DuPont, 61 Broadway, Suite 1900, New York, New York 10006, P: 212.344.4700 | USD | 69,482.77 | 69,482.77 | 67,450.42 | Unsecured | Recalculated | Services Performed |
| 67 | 8/17/2009 | Engineering & Marine Services Pte Ltd | Attn: Ting Teck Jin, 10 Tuas Avenue 11, Singapore 639076, P: 65.6862.1052 | USD | 89,115.30 | 89,115.30 | 25,170.49 | Unsecured | Reduced | Services Performed |
| 68 | 8/17/2009 | BMT Fluid Mechanics Ltd | Attn: John Burke, 67 Stanton Avenue, Teddington TW11 0JY, United Kingdom, P: 44.20.8514.4434 | GBP | 6,600.00 | 10,010.98 | 10,010.83 | Unsecured | Surviving, Recalculated | Services Performed |
| 72 | 8/18/2009 | Ecitech Instruments Pte Ltd | Attn: NG Lai Teck, 57 Ubi Ave 1 Unit 06-08, Ubi Centre, Singapore 408936 | USD | 2,730.00 | 2,730.00 | 2,201.26 | Unsecured | Reclassified as unsecured and $528.74 expunged | Goods Sold |
| 78 | 8/17/2009 | ABB AS | Attn: Hans Jorgen Brotsandd, Process Admission Division, P-Box 94 N1375 Billingstad, Norway, P: 0047.92.60.59.74 | USD | 13,766.40 | 13,766.40 | 13,303.85 | Unsecured | Recalculated | Goods and Services Sold |

Fig 1