Form 210A (10/06)

# United States Bankruptcy Court

Southern District of New York

In re PetroRig I Pte Ltd, et al., Case No. 09-13083

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Jefferies Leveraged Credit Products, LLC | Gaylin International Pte Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, Connecticut 06902

Phone: (203) 363-8251
Last Four Digits of Acct #:

Gaylin International Pte Ltd
No. 7 Gul Avenue, Jurong
Singapore, 508988

Court Claim # (if known): 34
Amount of Claim: $17,783.30
Date Claim Filed: 7/8/2009

**Name and address where transferee payments should be sent (if different from above):**

Jefferies & Co., Inc.
Harborside Financial Center
34 Exchange Place
Plaza III – Suite 705
Jersey City, NJ 07311
Attention Anna LoPiccolo

Phone: (201) 761-7656
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Mike Richards                                    Date: 10/13/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Gaylin International Pte Ltd ("Assignor") hereby unconditionally and irrevocably sells, transfers and assig Jefferies Leveraged Credit Products, LLC ("Assignee") all of its right, title, interest, claims and caus( action in and to, or arising under or in connection with, its claim (as such term is defined in Sectioi 101(5) of the U.S. Bankruptcy Code) in the amount of $17,783.30 against PetroRig I Pte Ltd, et al. "Debtor"), Chapter 11 Case No. 09-13083 (JMP) United States Bankruptcy Court for the Southern of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and re of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court ma\ entered without further notice to Assignor transferring to Assignee the foregoing claim and recog the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and payments or distributions of money or property in respect of the claim, shall be delivered or mad( the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10th DAY OF Oct 2011.

BY: Gaylin International Pte Ltd
NAME: DESMOND TEO
TITLE: MANAGING DIRECTOR

BY: JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
NAME: _____
TITLE: